UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Laura Honsaker,

            Plaintiff,

–v–

The City of New York, *et al.*,

            Defendants.

16-cv-3217 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On October 15, 2020, the Court issued an Opinion & Order directing Novo Law Firm and/or Hinshaw & Culbertson to serve the Order on Plaintiff and file an affirmation of service on the public docket within two weeks of that order, and warning that failure to strictly comply with this deadline.  The Court again orders Novo Law Firm and/or Hinshaw & Culbertson by November 6, 2020.  The Court may order sanctions if the aforementioned fail to comply or fail to show cause as to why the deadline cannot be complied with.

    SO ORDERED.

Dated: November 2, 2020
       New York, New York

                                ALISON J. NATHAN
                            United States District Judge